UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR-03-129-F |
| ) | |
| CHEN LIANG KUO, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| and ) | |
| ) | |
| Q.PRO TECHNICAL SERVICES, ) | |
| ) | |
| and its successors or assigns, ) | |
| Garnishee. ) | |

## **RELEASE OF GARNISHMENT**

PLEASE TAKE NOTICE that the United States of America, hereby releases the Writ of Garnishment dated July 30, 2010, (Doc No. 148) previously served on Defendant, Chen Liang Kuo, and Garnishee and discharges the GARNISHEE, Q.Pro Technical Services, from any claim and cause of action arising from said Writ of Garnishment.

Dated: August 2, 2010.  Respectfully submitted,

SANFORD C. COATS
United States Attorney


s/Kay Sewell
KAY SEWELL, OBA No. 10778
Assistant United States Attorney
210 West Park Avenue, Suite 400
Oklahoma City, OK 73102
(405) 553-8700 (phone)
(405) 553-8885 (fax)
E-mail:   Kay.Sewell@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2010 , I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

I hereby certify that on August 2,  2010   I served the attached document by first class mail, on the following, who are not registered participants of the ECF System:

Defendant: Chen Liang Kuo
Houston, TX  77099
.
Garnishee: Q.Pro Technical Services
Attn: Kippi
10620 Rockley Road
Houston, TX  77099

s/Kay Sewell
KAY SEWELL
Assistant U.S. Attorney